## JEFFERSON LAKE SULPHUR CO. *v.* NEW JERSEY.

No. 861.   Decided June 4, 1962.

*Eberhard P. Deutsch, René H. Himel, Jr.* and *Arthur C. Dwyer* for appellant.

*Arthur J. Sills,* Attorney General of New Jersey, *Theodore I. Botter,* First Assistant Attorney General, and *Charles J. Kehoe,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.